IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GLINDA F. HARRIS | * | |
| Plaintiff *pro se* | * | |
| v. | * | CIVIL ACTION NO. GLR-12-3231 |
| NCO FINANCIAL SYSTEMS, INC. | * | |
| Defendant | * | |

******

## **O R D E R**

The Court is in receipt of Plaintiff's Complaint, which is accompanied by a Motion for Leave to Proceed in Forma Pauperis. ECF Nos. 1 and 2. Upon careful review of the application, the Court finds that Plaintiff has not satisfied 28 U.S.C. § 1915(a) indigency requirements. The Court observes that Plaintiff previously filed a Fair Credit Reporting Act Complaint with the $350.00 civil filing fee in May 2012. See Harris v. Pinnacle Credit Services, LLC, Civil Action No. ELH-12-1384 (D. Md.). Her current indigency application shows that she remains employed, earning a net bi-weekly income of $1,425.00 and she owns $200.00 in stock and has $75.00 in checking or savings accounts. ECF No. 2. Plaintiff lists monthly credit payments and expenses totaling approximately $2,400.00, but names no dependents or other financial obligations. Simply put, Plaintiff has failed to show how her current financial situation differs from that of May 2012, when she was able to remit the full civil filing fee. The undersigned finds that Plaintiff is not impoverished for purposes of waiving the civil filing fee and granting indigency status under 28 U.S.C. § 1915. Therefore, the Court shall deny Plaintiff's Motion for Leave to Proceed in Forma Pauperis and shall require the payment of the full $350.00 filing fee.

Accordingly, it is this 15th day of November 2012, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Plaintiff's Motion for Leave to Proceed in Forma Pauperis (ECF No. 2) is DENIED; and

2. Plaintiff SHALL REMIT the full $350.00 filing fee WITHIN 28 DAYS from the entry date of this Order. She is cautioned that her failure to remit the fee to the Clerk in a timely manner will result in the dismissal of her case without prejudice and without further notice.

/s/
_____
George L. Russell, III
United States District Judge