IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Glinda F. Harris )
    *Plaintiff* ) Case No. <u>GLR12CV3231</u>
vs )
NCO FINANCIAL SYSTEMS, INC. )
    *Defendant* ) <u>Judge: George L. Russell, III</u>

### NOTICE OF CHANGE OF ADDRESS

Plaintiff is notifying the Court with a change of residential address. The new address for all correspondence to the Plaintiff is 7306 Prince George Road, Pikesville, Maryland 21207.

Respectfully submitted_____

Glinda F. Harris
7306 Prince George Road
Baltimore, Maryland 21207
(443) 324-7977
glindaharris6@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the document above was sent to Defendant listed below by first class mail USPS.

NCO Financial Systems  
Attention: Legal Department  
570 Prudential Road  
Horsham, PA 19044

Dated: 12/10/12