IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GLINDA F. HARRIS | * |
|     Plaintiff | * |
| v. | *   CIVIL ACTION NO. GLR-12-3231 |
| NCO FINANCIAL SYSTEMS, INC. | * |
|     Defendant | * |

\*\*\*

## **O R D E R**

On November 15, 2012, Plaintiff's Motion for Leave to Proceed In Forma Pauperis was denied and she was granted an additional 28 days to remit the full $350.00 civil filing fee. ECF No. 3. She was cautioned that her failure to remit the fee to the Clerk in a timely manner would result in the dismissal of her case without prejudice and without further notice.

The requisite time has passed and Plaintiff has not submitted the fee. Therefore, the Court has no alternative but to dismiss the case without prejudice

Accordingly, it is this 21st day of December 2012, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Complaint is DISMISSED WITHOUT PREJUDICE for non-compliance with Court Order;

2. The Clerk SHALL CLOSE this case; and

3. The Clerk SHALL SEND a COPY OF THIS Order to Plaintiff.

/s/
_____
George L. Russell, III
United States District Judge